UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRITTANY RENEE GIBSON,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>STATE OF CALIFORNIA,<br><br>　　　　　Respondent. | No.  2: 22-cv-0844 KJM KJN P<br><br><br>ORDER |

　　　　Petitioner is a state prisoner, proceeding without counsel, with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On July 24, 2023, the court stayed this action while petitioner exhausts her unexhausted claims.  (ECF No. 15.)  In the July 24, 2023 order, the court ordered petitioner to file a status report within thirty days addressing the status of the exhaustion of her unexhausted claims.  (Id.)

　　　　On August 14, 2023, petitioner filed a status report.  (ECF No. 16.)  Petitioner states that the Sacramento County Superior Court recently denied her habeas corpus petition.  (Id.)  Petitioner states that after the denial of her habeas corpus petition by the Sacramento County Superior Court, she filed a habeas corpus petition in the California Court of Appeal, which is now pending.  (Id.)

////

////

1

1    Good cause appearing, IT IS HEREBY ORDERED that within thirty days of the date of
2 this order, petitioner shall file a status report addressing the status of the exhaustion of her
3 unexhausted claims.
4 Dated:  August 23, 2023

*[Signature]*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Gib844.sta

2