UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRITTANY RENEE GIBSON, | No. 2: 22-cv-0844 KJM KJN P |
| Petitioner, | |
| v. | ORDER |
| STATE OF CALIFORNIA, | |
| Respondent. | |

Petitioner is a state prisoner, proceeding without counsel, with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. For the reasons stated herein, petitioner is ordered to show cause for her failure to file a status report.

On July 24, 2023, the court stayed this action while petitioner exhausted her unexhausted claims. (ECF No. 15.) On August 23, 2023, the undersigned ordered petitioner to file a status report within thirty days addressing the status of the exhaustion of her unexhausted claims. (ECF No. 17.) Thirty days passed and petitioner did not file a status report.

Accordingly, IT IS HEREBY ORDERED that within fourteen days of the date of this order, petitioner shall file her status report and show cause for her failure to file a status report; if

////

////

////

1

petitioner fails to respond to this order, the undersigned will recommend dismissal of the unexhausted claims and direct respondent to respond to the exhausted claims.

Dated:  October 16, 2023

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Gib844.osc