UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRITTANY RENEE GIBSON, | No. 2: 22-cv-0844 KJM KJN P |
| Petitioner, | |
| v. | ORDER |
| STATE OF CALIFORNIA, | |
| Respondent. | |

  Petitioner is a state prisoner, proceeding without counsel, with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  For the reasons stated herein, the order to show cause filed October 16, 2023, is discharged.

  On July 24, 2023, the court stayed this action while petitioner exhausted her unexhausted claims.  (ECF No. 15.)  On August 23, 2023, the undersigned ordered petitioner to file a status report within thirty days addressing the status of the exhaustion of her unexhausted claims.  (ECF No. 17.)  Thirty days passed and petitioner did not file a status report.  Accordingly, on October 16, 2023, the undersigned granted petitioner fourteen days to file her status report and to show cause for her failure to file a status report.  (ECF No. 18.)

  On October 25, 2023, petitioner filed a status report.  (ECF No. 19.)  Petitioner states that she failed to file a status report because she did not understand the deadline to file the status report.  (Id.)  Good cause appearing, the October 16, 2023 order to show cause is discharged.

In her status report, petitioner states that she officially filed her petition for writ of habeas corpus in the California Supreme Court on October 4, 2023. (<u>Id.</u>)

Good cause appearing, IT IS HEREBY ORDERED that:

1. The order to show cause filed October 16, 2023 (ECF No. 18) is discharged; and
2. Within thirty days of the date of this order, petitioner shall file a status report addressing the status of her petition in the California Supreme Court; if the California Supreme Court issues an order deciding her petition before thirty days, petitioner shall immediately notify the court.

Dated: October 30, 2023

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Gib844.ord