UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRITTANY RENEE GIBSON, | No. 2:22-cv-0844 KJM KJN P |
| Petitioner, | |
| v. | ORDER |
| STATE OF CALIFORNIA,, | |
| Respondent. | |

Petitioner is a state prisoner, proceeding without counsel, with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On July 24, 2023, the court stayed this action while petitioner exhausted her unexhausted claims. (ECF No. 15.) In her status report filed December 8, 2023, petitioner informed the court that her habeas corpus petition was pending in the California Supreme Court. (ECF No. 21.)

Accordingly, IT IS HEREBY ORDERED that within twenty-one days of the date of this order, petitioner shall file a status report addressing the status of her habeas corpus petition in the California Supreme Court.

Dated: March 18, 2024

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

Gib844.sta(2)

1