UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRITTANY RENEE GIBSON, | No. 2:22-cv-00844 KJM CSK |
| Petitioner, | |
| v. | <u>ORDER</u> |
| STATE OF CALIFORNIA, | |
| Respondent. | |

     Petitioner, a state prisoner proceeding pro se, filed this application for a writ of habeas corpus under 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

     On October 30, 2025, the magistrate judge filed findings and recommendations, which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Petitioner filed objections to certain portions of the findings and recommendations.

     In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

/////

1

1    Accordingly, IT IS HEREBY ORDERED that:

2    1. The findings and recommendations (ECF No. 33) are adopted in full;

3    2. Petitioner's amended petition for writ of habeas corpus is denied; and

4    3. The court declines to issue the certificate of appealability referenced in 28 U.S.C.

5  § 2253.

6  DATED:  December 31, 2025.

_____
UNITED STATES DISTRICT JUDGE